

1   KAREN P. HEWITT
    United States Attorney
2   DOUGLAS KEEHN
    Assistant United States Attorney
3   California State Bar No. 233686
    United States Attorney's Office
4   Federal Office Building
    880 Front Street, Room 6293
5   San Diego, California 92101
    Telephone: (619) 557-6549
6
    Attorneys for Plaintiff
7   UNITED STATES OF AMERICA

8

9                    UNITED STATES DISTRICT COURT

10                   SOUTHERN DISTRICT OF CALIFORNIA

11   UNITED STATES OF AMERICA,          )    Magistrate Case No. 07MJ2892
                                        )
12                    Plaintiff,        )
                                        )    **STIPULATION OF FACT AND JOINT**
13             v.                       )    **MOTION FOR RELEASE OF**
                                        )    **MATERIAL WITNESS(ES) AND**
14   JESUS ESCOBAR-GUTIERREZ (1),       )    **ORDER THEREON**
                                        )
15                    Defendant.        )
     _____)    **(Pre-Indictment Fast-Track Program)**
16

17        **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

18   OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and

19   Douglas Keehn, Assistant United States Attorney, and defendant JESUS ESCOBAR-GUTIERREZ,

20   by and through and with the advice and consent of defense counsel, Jami L. Ferrara, that:

21        1.    Defendant agrees to execute this stipulation on or before the first preliminary hearing

22   date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

23   intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

24   guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

25   of Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii)

26   and (v)(II).

27   //

28   WDK:psd:12/26/07

The stamp reads:

FILED

DEC 27 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

1       2.     Defendant acknowledges receipt of a plea agreement in this case and agrees to

2  provide the signed, original plea agreement to the Government not later than five business days

3  before the disposition date set by the Court.

4       3.     Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5  before **January 14, 2008**.

6       4.     The material witnesses, Felix Enciso-Cuella, Sandro Salcido-Valle, and Carlos

7  Quiroz-Rivera, in this case:

8           a.     Are aliens with no lawful right to enter or remain in the United States;

9           b.     Entered or attempted to enter the United States illegally on or about

10  December 12, 2007;

11           c.     Were found in a vehicle driven by defendant in San Diego, California and that

12  defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right

13  to enter or remain in the United States;

14           d.     Were paying $1,600-$1,900 to others to be brought into the United States

15  illegally and/or transported illegally to their destination therein; and,

16           e.     May be released and remanded immediately to the Department of Homeland

17  Security for return to their country of origin.

18       5.     After the material witnesses are ordered released by the Court pursuant to this

19  stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

20  reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,

21  including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

22           a.     The stipulated facts set forth in paragraph 4 above shall be admitted as

23  substantive evidence;

24           b.     The United States may elicit hearsay testimony from arresting agents

25  regarding any statements made by the material witness(es) provided in discovery, and such testimony

26  shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

27  of (an) unavailable witness(es); and,

28  Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jesus Escobar-Gutierrez      2          07MJ2892

1    c.    Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

2  "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

3  and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

4  waives the right to confront and cross-examine the material witness(es) in this case.

5    6.    By signing this stipulation and joint motion, defendant certifies that defendant has

6  read it (or that it has been read to defendant in defendant's native language). Defendant certifies

7  further that defendant has discussed the terms of this stipulation and joint motion with defense

8  counsel and fully understands its meaning and effect.

9    Based on the foregoing, the parties jointly move the stipulation into evidence and for the

10  immediate release and remand of the above-named material witness(es) to the Department of

11  Homeland Security for return to their country of origin.

12    It is STIPULATED AND AGREED this date.

13    Respectfully submitted,

14    KAREN P. HEWITT
     United States Attorney

15

16  Dated: 12/27/07 .

17    DOUGLAS KEEHN
     Assistant United States Attorney

18  Dated: 12/27/07 .

19    JAMI L. FERRARA
     Defense Counsel for ESCOBAR-GUTIERREZ

20

21  Dated: 27/12/07

22    JESUS ESCOBAR-GUTIERREZ
     Defendant

23

24

25

26

27

28  Stipulation of Fact and Joint Motion for Release of
    Material Witness(es) And Order Thereon in
    United States v. Jesus Escobar-Gutierrez        3        07MJ2892

1
# O R D E R

2      Upon joint application and motion of the parties, and for good cause shown,

3      **THE STIPULATION** is admitted into evidence, and,

4      **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5  forthwith to the Department of Homeland Security for return to their country of origin.

6      **SO ORDERED.**

7

8      Dated: _12/27/07_                        _Barbara Major_
                                              United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Stipulation of Fact and Joint Motion for Release of
    Material Witness(es) And Order Thereon in
    United States v. Jesus Escobar-Gutierrez                 4                          07MJ2892