DEC 2 7 2007

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>              Plaintiff,             )<br>                                     )<br>         v.                          )<br>                                     )<br>JESUS ESCOBAR-GUTIERREZ (1),         )<br>ALEJANDRINO ALEMAN (2),              )<br>VICTOR MANUEL                        )<br>    ARREDONDO-GUZMAN (3),            )<br>JOHNNY PULIDO (4),                   )<br>                                     )<br>              Defendants.            )<br>_____) | Criminal Case No. 07CR3466-W<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and<br>(v)(II) - Transportation of<br>Illegal Aliens and Aiding and<br>Abetting |

The United States Attorney charges:

On or about December 12, 2007, within the Southern District of California, defendants JESUS ESCOBAR-GUTIERREZ, ALEJANDRINO ALEMAN, VICTOR MANUEL ARREDONDO-GUZMAN and JOHNNY PULIDO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Felix Enciso-Cuella, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 12/27/07.

KAREN P. HEWITT
United States Attorney

for DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:San Diego
12/17/07