AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JESUS ESCOBAR-GUTIERREZ | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER: 07cr3466-W |

I, JESUS ESCOBAR-GUTIERREZ, the above-named defendant, who is accused of committing the following offenses:

Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 12/27/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Jesus Escober Gutierrez_
Defendant

_Thomas J. [signature]_
Defense Counsel

for _Jinni L. Ferrara_

Before _[signature]_
Judicial Officer



FILED
DEC 27 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _MB_ DEPUTY